# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**DAN BENEDICT GALVEZ**<br>a/k/a "Flip"<br>*Defendant(s)* | Case No. 1:25-mj-421<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/2023 through 11/22/2024__ in the city/county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 8421(a)(1) and 846 | Conspiracy to Distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance. |
| 18 U.S.C. § 924(c)(1)(A) | Possession of a firearm in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

SAUSA Christopher M. Carter
*Printed name and title*

*Matthew Lanman*
*Complainant's signature*

FBI Task Force Officer Matthew Lanman
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 07/17/2025

Digitally signed by Ivan Davis
Date: 2025.07.17 16:03:49 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*