| | |
|---|---|
| | TYPE OF HEARING: __Rule 5__ |
| | CASE NUMBER: __1:25-MJ-421__ |
| | MAGISTRATE JUDGE __William E. Fitzpatrick__ |
| | DATE: __7/21/2025__ |
| | TIME: __2:00__ |
| EASTERN DISTRICT OF VIRGINIA | TAPE: __FTR RECORDER__ |

UNITED STATES OF AMERICA

       VS.

__Dan Galvez__

GOVT. ATTY: __Chris Carter__

DEFT'S ATTY: __without counsel__

 DUTY AFPD/CJA: __Zachary Dubler__

INTERPRETER_____  LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( X )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( X )   FPD ( X ) CJA ( ) Conflict List ( )  Reappointed ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  ( X )

  Gov't seeking detention - GRANTED pending PH/DH.  Deft remanded to the custody of the USMS.

DEFT RECOGNIZED TO APPEAR AT FURTHER COURT DATE ( )

NEXT COURT APPEARANCE _____PH/DH_____ TIME ___2:00_____

                            7/23/2025

                                                  In Court Time : ___5 minutes___
                                                              2:07 - 2:12