JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**

City _____  Under Seal: Yes X  No ___  Judge Assigned: Hon. Patricia T. Giles

County/Parish: Prince William County   Superseding Indictment ___  Criminal Number: 1:25CR244

Same Defendant X   New Defendant ___

Magistrate Judge Case Number: 1:25-MJ-421   Arraignment Date: ___

Search Warrant Case Number: ___

R 20/R 40 from District of: ___

Related Case Name and No: US v. Orellana Banegas, 1:24-cr-92; U.S. v. Pereira, Jorge Ariel, 1:25-cr-208

**Defendant Information:**

Juvenile -- Yes ___ No ___  FBI # xxxxxHPAW

Defendant Name: Dan Benedict GALVEZ   Alias Name(s) "Flip"

Address: Woodbridge, VA 22191

Employment: ___

Birth date xx/xx/1999  SS# xxx-xx-3584  Sex M  Def Race White  Nationality U.S. Citizen  Place of Birth Virginia

Height 5'07"  Weight 115  Hair Brown  Eyes Brown  Scars/Tattoos Unknown

Interpreter: X No ___ Yes List language and/or dialect: ___  Automobile Description ___

**Location Status:**

Arrest Date 7/21/2025

X Already in Federal Custody as of  7/21/2025  in William G. Truesdale Adult Detention Center

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

**Defense Counsel Information:**

Name: Zachary Andrew Deubler   X Court Appointed   Counsel conflicted out: SEE CONFLICTS MEMO

Address: 108 N. Alfred Street Ste 1st Floor, Alexandria, VA 22314   ___ Retained

Telephone: 703-679-8914   ___ Public Defender   Federal Public Defender's Office conflicted out: YES

**U.S. Attorney Information:**

SAUSA Christopher M. Carter   Telephone No: 703-299-3700   Bar # ___

Complainant Agency, Address & Phone Number or Person & Title:

FBI Task Force Officer Matthew Lanman, 571-991-1657

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 8421(a)(1) and 846 | Conspiracy to Distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance. | 1 | Felony |
| Set 2 | 18 U.S.C. § 924(c)(1)(A) | Possession of a firearm in furtherance of a drug trafficking crime. | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: August 13, 2025   Signature of AUSA: /s/ Christopher M. Carter